82,131-01



Law Office of
# SCOTT C. SMITH

702 Rio Grande
Austin, Texas 78701
(512) 474-6484 Tel.
(512) 477-3227 Fax

www.defenselawyer.net

December 21, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 23 2015

Abel Acosta, Clerk

Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

Re: Change of Address – Kyle Guthrie; Cause No. WR-82,131-01

To Whom It Concerns,

This letter is to notify the Court of Criminal Appeals that there has been a change of address for the client in the above mentioned case. Mr. Guthrie is no longer living at Luther Unit – TDS #1811357 1800 Luther Dr. Navasota, TX 77869. Mr. Kyle Guthrie's current address is:

Kyle Wade Guthrie
9129 F.M. 369 North
Burkburnett, Texas 76354

Please notify our office when you have updated your records and if you have any additional questions.

Sincerely,

Christine Sygal
Legal Assistant